JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA AMBRIZ, <br>    Plaintiff, <br>   v. <br> NANCY A. BERRYHILL, *Acting Commissioner of Social Security*, <br>    Defendant. | Case No. LA CV 16-5451 JCG <br> **JUDGMENT** |

IT IS ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is **DISMISSED WITH PREJUDICE**.

DATED: September 06, 2017

                _____
                Hon. Jay C. Gandhi
                United States Magistrate Judge